1  SHAB D. KERENDIAN  SBN 183057
   SHAWN S. KERENDIAN  SBN 251655
2  TOM N. TRAN  SBN 197989
   VERLAN Y. KWAN  SBN 243246
3  JULIE R. WOODS  SBN 278365                    JS-6
   KERENDIAN & ASSOCIATES, INC.
4  A Professional Law Corporation
   11755 Wilshire Blvd., 15th Floor
5  Los Angeles, CA  90025
   Telephone:  310.914.4143
6  Facsimile:   310.914.5441

7  Attorneys for Plaintiff
   MARY N. MANABAT
8
   SEDGWICK LLP
9  REBECCA A. HULL  SBN 99802
   rebecca.hull@sedgwicklaw.com
10 ERIN A. CORNELL  SBN 227135
   erin.cornell@sedgwicklaw.com
11 333 Bush Street, 30th Floor
   San Francisco, CA  94101-2834
12 Telephone:  415.781.7900
   Facsimile:   415.781.2635
13
   Attorneys for Defendant
14 METROPOLITAN LIFE INSURANCE
   COMPANY
15

16
                UNITED STATES DISTRICT COURT
17
                CENTRAL DISTRICT OF CALIFORNIA
18

19

| MARY N. MANABAT, an individual, | Case No. CV 12-0252 RSWL |
|---|---|
| Plaintiff, | **FINAL JUDGMENT [44]** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, a Delaware corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

SF/3873052v1

FINAL JUDGMENT

1  Pursuant to the stipulation of the parties, the Court hereby deems this
2  matter completed, and hereby enters a final judgment that no further issues are
3  pending for adjudication.
4  Plaintiff shall retain, and does not waive, the right to challenge, by an
5  appeal, the outcome of her motion for attorneys' fees, costs, and interest.
6
7  The Clerk shall close this case.
8  DATED: 7-19-2013
9
10  **RONALD S.W. LEW**
11  _____
   HONORABLE RONALD S.W. LEW
   SENIOR U.S. DISTRICT JUDGE